UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:08-CR-107 |
| V. ) | |
| ) | PHILLIPS/GUYTON |
| RALPH T. O'NEAL, III, ) | |
| MICHAEL CURRIER, ) | |
| BRANDON COOPER, ) | |
| DEMOND REED, and ) | |
| RANDY SPEARS, ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on a Joint Motion to Continue Pleadings Deadline [Doc. 58], filed by Defenants O'Neal, Currier, and Cooper on September 29, 2008, and on Defendant Reed's Motion to Join the Joint Motion to Continue Pleadings Deadline [Doc. 59], filed on September 30, 2008. Defense counsel ask that the September 26, 2008 motion-filing deadline be extended to October 10, 2008, because they are still in the process of reviewing discovery with their clients. The motions state that the government does not oppose this motion as long as its response deadline is similarly extended. Finding the defendants have shown good cause for an extension, the Court hereby **GRANTS** the motions [**Docs. 58 & 59**] and extends the deadline for filing motions for all defendants to **October 10, 2008**. The government has until **October 24,**

1

**2008**, to file its responses to any motions filed.  All other dates in the case shall remain the same, including the motion hearing on **October 30, 2008, at 9:00 a.m.**.

    **IT IS SO ORDERED.**

                                             ENTER:

                                                  s/ H. Bruce Guyton
                                          United States Magistrate Judge